UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CIV 7871

RENE M. ARCE AND MARTIN ARCE, HER HUSBAND
, Plaintiff(s)

- against -

MERCK & CO., INC.
, Defendant(s)

State of New York      )
                       )  SS.:
County of New York     )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 10/04/2007 at 10:54 AM at:
    CT CORPORATION SYSTEM
    111 EIGHTH AVENUE
    NEW YORK NY 10011
Deponent served the:

SUMMONS & COMPLAINT

on MERCK & CO., INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Elena Bou
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Process Specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38   HEIGHT: 5'5''   WEIGHT: 150   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

SWORN TO BEFORE ME   10/04/07

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

Yariela Gonzales    License #1260358

OUR DOC# 19588
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000794

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

RENEE M. ARCE and MARTIN ARCE, her husband,

V.

MERCK & CO., INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV 7871**

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacquelyn S. Holden
Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee
700 SE Third Avenue, Suite 100
Ft. Lauderdale, FL 33316

an answer to the complaint which is herewith served upon you, within _____20 days_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  SEP 0 5 2007

(BY) DEPUTY CLERK