# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

### APPEARANCE

Renee M. Arce and Martin Arce,
    Her husband,

    Plaintiffs,                      MASTER FILE: 1:06-MD-1789-JFK

v.                                    Case No.: 1:07-cv-07871-JFK

Merck & Co., Inc.,

    Defendant.

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiffs, Renee M. Arce and Martin Arce, her husband

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 18 day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Meghan M. Tans*
Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax